IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-MC-00034-NONE-MJW

PANAMA CITY BEACH CONDOS LIMITED PARTNERSHIP,

Plaintiff(s),

v.

AXIS SURPLUS INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the Notice of Complaince [sic] filed by plaintiff (Docket No. 2), it is hereby ORDERED that the Plaintiff's Motion for Contempt Against Non-Party Madsen, Kneppers & Associates, Inc. (Docket No. 1), is denied as moot.  This miscellaneous action is now closed.

Date: April 2, 2007